IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TOMAS RAY VIDAL,                         §
Dallas Cnty. Jail Booking No. 19054941,  §
                                         §
          *Plaintiff*,                   §
                                         §
V.                                       §          No. 3:20-cv-1507-X
                                         §
BOARD OF PARDONS AND                     §
PAROLES, ET AL.,                         §
                                         §
          *Defendants*.                  §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff objected. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 12th day of August 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE